UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TAMMY SUE DAHL,

        Plaintiff,

v.                                                        Case No. 18-C-676

NANCY A. BERRYHILL,

        Defendant.

**ORDER**

Plaintiff Tammy Sue Dahl has filed a complaint seeking review of the decision of the Commissioner of Social Security. On August 24, 2018, Plaintiff filed her initial brief. Plaintiff's brief is a blatant violation of the court's rules. At 50 pages long, the brief is nearly twice as long as the 30-page limit set forth in this court's briefing letter. ECF No. 10. "No memorandum exceeding the page limitations may be filed unless the Court has previously granted leave to file an oversized memorandum." Civil L.R. 7(f). It is worth noting that the purpose underlying the rule governing page limitations is not just for the benefit of the court:

> The page limit is designed as much for the benefit of the litigants as for the benefit of the court. If extra pages mean stronger argument, enforcement of the page limit protects those who obey the rules. But extra pages may not be stronger argument. A limitation induces the advocate to write tight prose, which helps his client's cause.

*Morgan v. South Bend Cmty. Sch. Corp.*, 797 F.2d 471, 480 (7th Cir. 1986). From the court's brief review of Plaintiff's initial brief, counsel would do well to hone his argument. Plaintiff's brief contains large block quotes, mostly from the transcript of the hearing before the Administrative Law Judge, which is readily available to the court and need not be extensively reproduced. Shrinking or removing these long quotations seems likely to substantially reduce the brief's length.

**IT IS THEREFORE ORDERED** that Plaintiff's brief (ECF No. 15) is **STRICKEN**.

**IT IS FURTHER ORDERED** that Plaintiff may file an opening brief that complies with this court's page limitation within 14 days of the date of this order.

Dated this   27th   day of August, 2018.

                                            s/ William C. Griesbach
                                            William C. Griesbach, Chief Judge
                                            United States District Court